IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KENDRA KINGSBURY,<br>                  Defendant. | **FILED UNDER SEAL**<br><br><br>Case No. 21-00101-01-CR-W-SRB |

## APPLICATION TO UNSEAL DOCUMENTS

The Government respectfully applies under Rule 6 of the Federal Rules of Criminal Procedure for an order unsealing the Indictment in the above-captioned case.

1.      On May 18, 2021, an Indictment was returned in the above-captioned case charging the defendant, in two counts, with willful retention of national defense information, in violation of Title 18, United States Code, Section 793(e). The Indictment was marked as "Secret" and was therefore sealed from public disclosure. An arrest warrant was issued.

2.      On May 20, 2021 at approximately 8:30 a.m., the arrest warrant was executed in Dodge City, Kansas. The defendant's initial appearance in Wichita, in the District of Kansas, is anticipated to occur at approximately 1:30 p.m. on May 21, 2021.

3.      Pursuant to Rule 6, "The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. P. 6.

With the defendant now in the custody of law enforcement and awaiting her initial appearance in the District of Kansas, the Government respectfully requests that this Court unseal the Indictment in accordance with Rule 6. The Government has filed this application under seal

pending its resolution. The Government requests that the Court also unseal this application upon unsealing of the Indictment.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By   /s/ Patrick C. Edwards

Patrick C. Edwards
David Raskin
Assistant United States Attorneys
