IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KENDRA KINGSBURY,<br>                    Defendant. | **FILED UNDER SEAL**<br><br><br>Case No. 21-00101-01-CR-W-SRB |

## ORDER TO UNSEAL

Upon application of the Government to unseal the Indictment in the above captioned case, and for good cause shown,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case, and the Government's application to unseal, shall be unsealed.

SO ORDERED.


 May 21, 2021                             /s/ W. Brian Gaddy
Date                                      HONORABLE W. BRIAN GADDY
                                          United States Magistrate Judge
                                          Western District of Missouri