IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CRIMINAL/~~CIVIL~~ 21-00101-01-cr-w-SRB
) ACTION NUMBER:
vs. )
)
Kendra Kingsbury )
Defendants. ) Date: June 21, 2023

## EXHIBITS

√ = Offered & Admitted without objection  D.B.= Admitted, de bene
X= Offered & Admitted over objection  W.D.= Offered then withdrawn
Ex.= Offered, but objected to and excluded  Ltd. = Admitted for limited purposes
N.O.= Marked but not offered

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | √ | 6/21/23 | 2:25pm | Letters in Support |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # 1   I CERTIFY that I have this date _____ received the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed above, for which I will hold myself responsible.

Marc Ermine
PRINTED NAME                    SIGNATURE