# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| *U.S.A.* | *U.S.D.C.* | 21-cr-00101-SRB |
| *vs.* | | |
| **Kendra Kingsbury** | *U.S.C.A.* | 23-2550 |

*Three sealed copies of the Pre-Sentence Report (Doc #36) with Addendum (Doc #47)*
*Three sealed copies of the Statement of Reasons (Doc #42)*
*One volume of Sentencing Transcript (Doc #48)*
*One volume of Change of Plea Transcript (Doc #31)*

*From the desk of*
*Jason Terry*
*816-512-5068*

*NOTE:* Attached and forwarded are transcripts in the above-captioned criminal appeal. Please note that these transcripts are UNREDACTED and may not be copied for the general public. Please refer any transcript copy requests to US District Court, Western District of Missouri.